IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUADALUPE SOLIS ALVAREZ,

    Petitioner,               No. CIV S-05-0689 DFL CMK P

    vs.

JAMES YATES, et al.,

    Respondents.         ORDER

_____/

        On September 19, 2005, petitioner submitted a letter. That document was not served on respondents. Petitioner is advised that every document submitted to the court for consideration must be served on respondents. Fed. R. Civ. P. 5; Rule 11, Fed. R. Governing § 2254 Cases. Documents not to be served electronically are usually served by placing a copy in the U.S. Mail. If an attorney has filed a document with the court on behalf of respondents, then documents submitted by petitioner must be served on that attorney and not on the respondents themselves. Every document submitted conventionally to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to respondents or their attorney and the address to which it was mailed. See Local Rule 5-135(b) and (c).

/////

1

1  On September 19, 2005, petitioner also submitted a separate letter in a foreign
2 language other than the English Language.  It is clear that "translation" of documents is not
3 authorized under the Court Interpreters Act and there are no appropriated funds available to the
4 Clerk to pay for such expenses.  Therefore, having the documents translated into English is not
5 an option.
6  Accordingly, IT IS HEREBY ORDERED that petitioner's September 19, 2005
7 letters will be placed in the court file and disregarded.
8 DATED:   September 22, 2005.

           _____
           **CRAIG M. KELLISON**
           UNITED STATES MAGISTRATE JUDGE