1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   GUADALUPE SOLIS ALVAREZ,            No. CIV S-05-0689-DFL-CMK-P

12              Petitioner,

13        vs.                            <u>ORDER</u>

14   JAMES YATES, et al.,

15              Respondents.

16   _____/

17        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19   Magistrate Judge pursuant to Local Rule 72-302(c)(21).

20        On October 21, 2005, the magistrate judge filed findings and recommendations

21   herein which were served on petitioner and which contained notice to petitioner that any

22   objections to the findings and recommendations were to be filed within ten days.  Petitioner has

23   filed objections to the findings and recommendations.

24   / / /

25   / / /

26   / / /

1        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

2  304, this court has conducted a <u>de novo</u> review of this case.  The court declines to adopt the

3  findings and recommendations.  Petitioner properly filed a notice that his address had been

4  changed, but failed to file a proof of service.  The magistrate judge ordered petitioner to file the

5  proof of service by September 8, 2005.  Petitioner did not do so.  In the objections, petitioner

6  states that he did not comply with the court's order because he is illiterate and was not getting

7  adequate assistance at Corcoran prison.  Petitioner has now complied with the court's order.

8  Given the nature of the violation – respondents had reason to know of petitioner's new address

9  since they transferred him – petitioner's explanation, and petitioner's eventual compliance, the

10  court declines to dismiss the petition.  Petitioner is advised that a proof of service must

11  accompany all filings.  Failure to do so in the future will cause the court to impose sanctions

12  which may include dismissal.

13        Accordingly, IT IS HEREBY ORDERED that:

14        1.    The findings and recommendations filed October 21, 2005, are not adopted;

15  and,

16        2.    The action is referred to the magistrate judge for further proceedings.

17

18  DATED: 1/31/2006

19

20

21  _____

     DAVID F. LEVI
22   United States District Judge

23

24

25

26

2